IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID RAYMOND SMITH,<br><br>Defendant. | CR 21–1–M–DLC<br><br><br><br>ORDER |

Before the Court is the United States' Motion for an Order to Deposit Funds into the Court Registry. (Doc. 98.) The motion states that, pursuant to this Court's prior orders, Flying S Title & Escrow of Montana, Inc. is holding net proceeds from the sale of Defendant's real property in the amount of $1,015,587.77. (*Id.* at 2.) Pursuant to the Court's previous orders, the United States requests that the Court order Flying S Title & Escrow of Montana, Inc. to pay those proceeds to the Clerk of Court, and order the Clerk of Court to deposit said funds into the Court Registry Investment System Liquidity Fund, to be held pending further order of the Court directing distribution. (*Id.*)

Accordingly, IT IS ORDERED that the motion (Doc. 98) is GRANTED.

IT IS FURTHER ORDERED that:

1. Flying S Title & Escrow of Montana, Inc. shall send full payment of $1,015,587.77 to the Clerk of Court.

2. The Clerk of Court shall deposit the $1,015,587.77 with the Court Registry Investment System in an interest-bearing account.

3. The Administrative Office of the U.S. Courts will deduct its fee, not to exceed the amount authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office of the U.S. Courts, from the income earned on the investment whenever such income becomes available for deduction and without further order of the Court.

4. The tax identification of the sellers shall be set forth under seal in a separate document.

5. The Clerk of Court shall hold such funds until further order of the Court directing distribution.

DATED this 9th day of May, 2023.

_____
Dana L. Christensen, District Judge
United States District Court